IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DAVID LEE NEELEY, | : | Case No. C1-02-520 |
| Petitioner, | : | |
| v. | : | Judge Weber |
| HARRY RUSSELL, Warden, | : | Magistrate Judge Sherman |
| Respondent. | : | |

### NOTICE OF SUBSTITUTION OF COUNSEL

Respondent respectfully provides notice that Norman E. Plate, Assistant Attorney General for the State of Ohio, replaces M. Scott Criss as lead counsel in this case. Consequently, all pleadings and correspondence concerning this case should be directed to Mr. Plate, effective immediately.

Respectfully submitted,

JIM PETRO (0022096)
Attorney General

s/Norman E. Plate.
NORMAN E. PLATE (0071762)
Assistant Attorney General
150 East Gay Street, 16th Floor
Columbus, Ohio 43215-3400
(614) 644-7233
(614) 728-9327 fax
nplate@ag.state.oh.us

Counsel for Respondent

2

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2004, a copy of the foregoing *Notice Of Substitution Of Counsel* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                              s/ Norman E. Plate
                                              NORMAN E. PLATE