UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DAVIE LEE NEELEY,

        Petitioner

  v.                                         C-1-02-520

HARRY RUSSELL,

        Respondent

**<u>ORDER</u>**

This matter was referred pursuant to 28 U.S.C. § 636 to the United States Magistrate Judge for consideration and report on the Petition for Writ of Habeas Corpus filed by the petitioner pursuant to 28 U.S.C. § 2254. The matter is before the Court upon the Report and Recommendation of the Magistrate Judge (doc. no. 23) recommending that the Petition for Writ of Habeas Corpus be denied with prejudice to which neither party has objected.

Upon a *de novo* review of the record, the Court finds that the Magistrate Judge has accurately set forth the applicable law and has properly applied it to the particular facts of this case. Accordingly, in the absence of any objection by petitioner, this Court accepts the Report as uncontroverted.

2

Accordingly, the Court accepts the factual findings and legal reasoning of the Magistrate Judge and hereby **ADOPTS AND INCORPORATES HEREIN BY REFERENCE** his Report and Recommendation dated November 23, 2004. The Petition for Writ of Habeas Corpus is, therefore, **DENIED WITH PREJUDICE.**

A certificate of appealability is **GRANTED** with respect to the constitutional claims alleged in Ground One, Ground Two (1), (2), (3) and (6), Ground Three (1), (2), and (5) because reasonable jurists could debate whether these claims should have been resolved in a different manner and, alternatively, whether the issues presented in these grounds for relief are "adequate to deserve encouragement to proceed further." ***Miller-El v. Cockrell***, 537 U.S. 322, 336 (2003) (quoting ***Slack v. McDaniel***, 529 U.S. 473, 484 (2000) (in turn quoting ***Barefoot v. Estelle***, 463 U.S. 880, 893 n.4 (1983)). A certificate of appealability is **DENIED** with respect to the remaining claims, which have been addressed on the merits, because petitioner has failed to make a substantial showing of the denial of a constitutional right based on these claims. ***See*** 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

With respect to any application by petitioner to proceed on appeal *in forma pauperis,* the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of the Order adopting this Report and Recommendation would be taken in "good faith," and therefore GRANT petitioner leave to appeal *in forma pauperis* upon a showing of financial necessity. *See* Fed. R. App. P. 24(a); ***Kincade v. Sparkman***, 117 F.3d 949, 952 (6th Cir. 1997).

3

This case is **DISMISSED AND TERMINATED** on the docket of this Court.

**IT IS SO ORDERED.**

                                            s/Herman J. Weber
                                   Herman J. Weber, Senior Judge
                                    United States District Court