**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

**DAVIE L. NEELEY,**

    **Plaintiff,**

-vs-                                      Case No.    C-1-02-520

**HARRY RUSSELL**

    **Defendant,**

------

## JUDGMENT IN A CIVIL CASE

      **Jury Verdict.**    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**x**      **Decision by Court.**    This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

The Petition for Writ of Habeas Corpus is Denied with Prejudice. This case is Dismissed and Terminated on the docket of this Court.

Date:   March 24, 2005                                  JAMES BONINI., CLERK

                                                                    By:s/   Darlene Maury
                                                                    Darlene Maury, Deputy Clerk