UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**DAVID LEE NEELEY,**
        Petitioner,                    Case No. 1:02-CV-00520
                                                      Judge Weber
v                                                 Magistrate Judge Black

**HARRY RUSSELL,**
        Respondent.

## NOTICE OF SUBSTITUTION OF COUNSEL

TO:    James Bonini, Clerk
          United States District Court, Southern District of Ohio

    Luis Delos Santos, Reg. # 0072055, gives notice that he is withdrawing as counsel for Petitioner, David Lee Neeley, in the above-captioned action.

    Keith A. Yeazel, Reg. # 0041274, hereby enters his appearance as trial counsel for Petitioner, David Lee Neeley, in the above captioned action.

| s/Keith A. Yeazel | s/Luis Delos Santos |
|---|---|
| Keith A. Yeazel (0041274) | Luis Delos Santos (0072055) |
| 65 South Fifth Street | Ohio Public Defender's Office |
| Columbus, Ohio 43215 | 8 E. Long Street – 11th Floor |
| (614) 228-7005 | Columbus, Ohio 43215-0587 |
| Yeazel@Netwalk.com | santosl@opd.state.oh.us |

Trial Attorney for Petitioner

## CERTIFICATE OF SERVICE

A copy of the foregoing was served upon:

Norman E. Plate
Assistant Attorney General
Corrections Litigation
150 East Gay Street
16th Floor
Columbus, Ohio 43215

by utilizing the Court's CM/ECF system this 3rd day of November, 2005.

                                                    s/Keith A. Yeazel

                                                    _____

                                                    Keith A. Yeazel