**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| David L. Neeley, | : | |
| Petitioner, | : | Case No. C1-02-520 |
| v. | : | Judge Weber |
| Harry Russell, Warden, | : | Magistrate Judge Black |
| Respondent. | : | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Now comes the undersigned Assistant Attorney General Stuart A. Cole and hereby gives notice of substitution of counsel to this Court in place of Assistant Attorney General Norman E. Plate.

Respectfully submitted,

Jim Petro  (0022096)
Attorney General

/s/ Stuart A. Cole
Stuart A. Cole   (0020237)
Assistant Attorney General
Corrections Litigation Section
150 E. Gay St., 16th Floor
Columbus, Ohio  43215
614/644-7233
614/728-9327 – Fax
scole@ag.state.oh.us

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Notice of Substitution of Counsel was sent via electronic mail to Keith A. Yeazel, Esq., 65 S. Fifth St., Columbus, Ohio 43215 on this 8th day of November, 2005.

/s/ Stuart A. Cole
Stuart A. Cole   (0020237)
Assistant Attorney General