UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DAVID LEE NEELEY,

    Plaintiff

    v.                        Civil: C-1-02-520

WARDEN HARRY RUSSELL,

    Defendant

<u>ORDER OF REFERENCE - MOTION</u>

Pursuant to Western Division Rule 1, and 28 U.S.C. § 636, **Timothy Black**, United States Magistrate Judge, is hereby appointed to hear Petitioner's Motion for Relief from Judgment (#27).

The Magistrate is further appointed to preside at a jury trial where the parties consent thereto, and to enter final judgment where the parties consent and to hear and determine all post-trial motions.

**IT IS SO ORDERED.**

                                                    S/Herman J. Weber
                                             Herman J. Weber, Senior Judge
                                             United States District Court